# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Gregory J. | Florida - District Court | 10/19/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

401 W. Central Blvd.
Suite 3-550
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | George C. Young American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Employment - Orange County Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Orlando, FL (2004 $257,000) | E | Rent | N | R | | | | | |
| 2. Rental Property #2, Orlando, FL (2004 $260,000) | E | Rent | N | R | | | | | |
| 3. Investment Property #1, Orlando, FL (50% ownership) | | None | L | T | Buy | 07/07/17 | L | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. -Vanguard 500 Index Fund Admiral (VFIAX) | B | Dividend | M | T | | | | | |
| 6. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | B | Dividend | M | T | Sold (part) | 05/26/17 | J | A | |
| 7. -Vanguard Selected Value Fund (VASVX) | D | Dividend | L | T | Sold (part) | 10/12/17 | J | B | |
| 8. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | K | T | | | | | |
| 9. Brokerage Account #2 (H) | | | | | | | | | |
| 10. Oppenheimer International Growth (OIGIX) | | None | | | Sold | 02/27/17 | L | F | |
| 11. Janus Venture Fund T (JAVTX) | | None | | | Sold | 02/27/17 | N | G | |
| 12. Artisan Mid Cap Value Investor (ARTQX) | | None | | | Sold | 02/27/17 | N | G | |
| 13. Brokerage Account #3 (IRA) (H) | | | | | | | | | |
| 14. -DFA International Core Equ PTFL (DFIEX) | A | Dividend | K | T | Buy | 03/14/17 | K | | |
| 15. -DFA US Large Cap Value I (DFLVX) | C | Dividend | K | T | Buy | 03/14/17 | K | | |
| 16. -IShares Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy | 03/14/17 | K | | |
| 17. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Growth Index Fund Admiral (VIGAX) | A | Dividend | K | T | | | | | |
| 19. -Vanguard 500 Index Fund Admiral (VFIAX) | | None | | | Sold | 03/14/17 | K | E | |
| 20. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | J | T | Sold (part) | 03/14/17 | K | E | |
| 21. Brokerage Account #4 (403b) (H) | | | | | | | | | |
| 22. -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 23. -Vanguard Growth Index Fund Investors (VIGRX) | A | Dividend | | | Merged (with line 26) | 10/06/17 | L | | |
| 24. -Vanguard 500 Index Fund Investors (VFINX) | A | Dividend | | | Merged (with line 27) | 10/06/17 | L | | |
| 25. -Vanguard Mid-Cap Index Fund Investors (VIMSX) | A | Dividend | | | Merged (with line 28) | 10/06/17 | L | | |
| 26. -Vanguard Growth Index Fund Admiral (VIGAX ) | A | Dividend | L | T | | | | | |
| 27. -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | L | T | | | | | |
| 28. -Vanguard Mid-Cap Index Fund Admiral (VIMAX ) | A | Dividend | L | T | | | | | |
| 29. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 30. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | B | Dividend | L | T | Buy (add'l) | 03/10/17 | K | | |
| 31. -Vanguard 500 Index Fund Admiral (VFIAX) | | None | | | Sold | 03/10/17 | L | F | |
| 32. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | | None | | | Sold | 03/10/17 | L | F | |
| 33. -Vanguard Value Index Fund Admiral (VVIAX) | | None | | | Sold | 03/10/17 | K | E | |
| 34. -DFA International Core Equ PTFL (DFIEX) | C | Dividend | M | T | Buy | 03/10/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DFA Intl Sml PTFL (DFISX) | C | Dividend | L | T | Buy | 03/10/17 | K | | |
| 36. -DFA US Small Cap Value Port (DFSVX) | C | Dividend | L | T | Buy | 03/10/17 | L | | |
| 37. -DFA US Large Cap Value I (DFLVX) | D | Dividend | M | T | Buy | 03/10/17 | M | | |
| 38. -Dodge & Cox Funds Stock Fd (DODGX) | D | Dividend | M | T | Buy | 03/10/17 | M | | |
| 39. -Pimco Funds All Asset Fd Instl (PAAIX) | D | Dividend | M | T | Buy | 03/10/17 | M | | |
| 40. -Vanguard Small Cap Growth Index Admiral (VSGAX) | A | Dividend | L | T | Buy | 03/10/17 | L | | |
| 41. -Vanguard Growth Index Admiral (VIGAX) | C | Dividend | N | T | Buy | 03/10/17 | M | | |
| 42. Bank Account - Central Florida Educators Credit Union | A | Interest | J | T | | | | | |
| 43. Brokerage Account #6 (403b) (H) | | | | | | | | | |
| 44. -American Century Heritage (TWHIX) | E | Dividend | M | T | | | | | |
| 45. Brokerage Account #7 (H) | | | | | | | | | |
| 46. -American Century Heritage (TWHIX) | B | Dividend | K | T | | | | | |
| 47. Brokerage Account #8 (Roth IRA) (H) | | | | | | | | | |
| 48. -DFA International Core Equ PTFL (DFIEX) | A | Dividend | J | T | Buy | 03/14/17 | J | | |
| 49. -DFA Core Equity 1 (DFEOX) | A | Dividend | K | T | Buy | 03/14/17 | K | | |
| 50. -DFA Emerging Markets Core Equity 1 (DFCEX) | A | Dividend | J | T | Buy | 03/14/17 | J | | |
| 51. Brokerage Account #9 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TD Ameritrade FDIC Insured Deposit Account (X) | A | Interest | J | T | | | | | |
| 53. -Brandes Intl Small Cap Equity I (BISMX) (X) | A | Dividend | J | T | | | | | |
| 54. -DFA International Core Equ PTFL (DFIEX) (X) | A | Dividend | J | T | | | | | |
| 55. -DFA US Small Cap Value Port (DFSVX) (X) | A | Dividend | J | T | | | | | |
| 56. -Eaton Vance Atlanta Capital Smid Cap I (EISMX) (X) | A | Dividend | J | T | | | | | |
| 57. -John Hancock Disciplined Value I (JVLIX) (X) | B | Dividend | K | T | | | | | |
| 58. -Oppenheimer Dev Mkts CL Y (ODVYX) (X) | A | Dividend | J | T | | | | | |
| 59. -Pimco Funds All Asset Fd Instl (PAAIX) (X) | A | Dividend | J | T | | | | | |
| 60. -T Rowe Price Diversified Sm Cap Grwth (PRDSX) (X) | A | Dividend | J | T | | | | | |
| 61. -Vanguard Growth Index Admiral (VIGAX) (X) | A | Dividend | K | T | | | | | |
| 62. -Cambiar Small Cap Fund Instl (CAMZX) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 63. -DoubleLine Total Return Bond I (DBLTX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 64. -Eaton Vance Floating Rate Class I (EIBLX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 65. -Federated Strategic Value Dividend (SVAIX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 66. -iShares Barclasy 3-7 Year Treasury (IEI) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 67. -iShares MSCI Europe ETF (IEUR) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 68. -iShares MSCI Pacific ETF (IPAC) (X) | | None | | | Sold | 03/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JP Morgan US Equity Instl (JMUEX) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 70. -Mainstay ICAP International I (ICEUX) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 71. -Manning & Napier World Opportunity (EXWAX) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 72. -Professionally Mgd PTFL Osterweis Strategic Income Fd (OSTIX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 73. -Pimco 1-5 Yr US TIPS Index ETF (STPZ) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 74. -Pimco Emerging Local Bond Instl (PELBX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 75. -Pimco Investment Grade Corp Bd (PIGIX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 76. -VanEck Emerging Markets Y (EMRYX) (X) | | None | | | Sold | 03/17/17 | J | A | |
| 77. -Vanguard Mortgage-Backed Secs Id (VMBSX) (X) | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 78. -Wasatch Long/Short Fund (FMLSX) Inv (X) | | None | | | Sold | 03/17/17 | J | A | |
| 79. -Wells Fargo Adv Absolute Return I (WABIX)(X) | | None | | | Sold | 03/17/17 | J | A | |
| 80. -T Rowe Price Instl Large Cap Growth (TRLGX) (X) | | None | | | Sold | 03/30/17 | J | B | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(X) - Brokerage Account #9, on lines 52-80, are included in the current year for a dependent in 2017.

Assets listed on lines 19,20, 31, 32 and 33 - Value of gain in column D(4) is based on total sales price in column D(3) as cost was unavailable on IRA's.

Assets listed on lines 10, 11 and 12 - Value of gain in column D(4) is based on total sales price in column D(3) as cost was unavailable on retirement accouont.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 10/19/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544